MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AGUSTIN GALICIA II )
)
    Plaintiff, )
) Case No. 2:17-cv-02495-JCM-CWH
vs. )
)
PLUSFOUR, INC. )
)
    Defendant. )
_____)

# STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

## [First Request]

    This Stipulation is filed pursuant to LR IA 6-1. Plaintiff filed this action on September 26, 2017. On January 9, 2018 Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint [#8]. This is the first stipulation for an extension of time to respond to Defendant's pending motion practice.

    Plaintiff's response is currently due January 23, 2018. The parties stipulate to an extension through February 23, 2018 with Defendant's optional Reply brief due by March 16, 2018.

///
///
///

The additional time will allow the parties to further review and assess their respective positions short of immediate protracted motion practice.

DATED: January 16, 2018

| MITCHELL D. GLINER, ESQ. | MORRIS LAW GROUP |
|---|---|
| /s/ Mitchell D. Gliner | /s/ Raleigh Thompson |
| MITCHELL D. GLINER, ESQ. | RALEIGH C. THOMPSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 011296 |
| 3017 W. Charleston Blvd. # 95 | RYAN LOWER, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 009108 |
| Attorney for Plaintiff | 411 E. Bonneville Ave., Ste. 360 |
|  | Las Vegas, Nevada 89101 |
|  | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: January 18, 2018