MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AGUSTIN GALICIA II )
)
    Plaintiff, )
)
vs. ) Case No. 2:17-cv-02495-JCM-CWH
)
PLUSFOUR, INC. )
)
    Defendant. )
_____)

## STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

### [Second Request]

This Stipulation is filed pursuant to LR IA 6-1. Plaintiff filed this action on September 26, 2017. On January 9, 2018 Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint [#8]. This is the second stipulation for an extension of time to respond to Defendant's pending motion practice. This Stipulation is entered at Plaintiff's request. Plaintiff does not intend to request any further extension.

Plaintiff's response is currently due February 23, 2018. The parties stipulated to an extension through February 23, 2018 with Defendant's optional Reply brief due by March 16, 2018 [#12]. The parties now stipulate to a further extension through March 23, 2018 with Defendant's optional Reply Brief due by April 16, 2018.

The additional time will allow the parties to further review and assess their respective positions short of immediate protracted motion practice.

DATED: February 20, 2018

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 003419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

MORRIS LAW GROUP

/s/ Raleigh Thompson
RALEIGH C. THOMPSON, ESQ.
Nevada Bar No. 011296
RYAN LOWER, ESQ.
Nevada Bar No. 009108
411 E. Bonneville Ave., Ste. 360
Las Vegas, Nevada 89101
Attorneys for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 23, 2018