MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
mgliner@glinerlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| AGUSTIN GALICIA II </br></br>  Plaintiff, </br></br> vs. </br></br> PLUSFOUR, INC. </br></br>  Defendant. | Case No. 2:17-cv-02495-JCM-CWH |

## STIPULATION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

### [Third Request]

This Stipulation is filed pursuant to LR IA 6-1. Plaintiff filed this action on September 26, 2017. On January 9, 2018 Defendant filed its pending Motion to Dismiss Plaintiff's Amended Complaint [#8]. This is the third stipulation for an extension of time to respond to Defendant's pending motion practice. This Stipulation is entered at Plaintiff's request. Plaintiff will not request any further extension regarding this Motion Practice.

Plaintiff's response is currently due March 23, 2018. The parties stipulated to an extension through March 23, 2018 with Defendant's optional Reply brief due by April 16, 2018 [#14]. The parties now stipulate to a further extension through April 9, 2018 with Defendant's optional Reply Brief due by May 2, 2018.

The additional time will allow the parties to further review and assess their respective positions short of immediate protracted motion practice.

DATED: March 22, 2018

| | |
|---|---|
| MITCHELL D. GLINER, ESQ. | MORRIS LAW GROUP |
| /s/ Mitchell D. Gliner | /s/ Raleigh Thompson |
| MITCHELL D. GLINER, ESQ. | RALEIGH C. THOMPSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 011296 |
| 3017 W. Charleston Blvd. # 95 | RYAN LOWER, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 009108 |
| Attorney for Plaintiff | 411 E. Bonneville Ave., Ste. 360 |
| | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: March 23, 2018